**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7621**

---

JEFFREY ALAN TAYLOR,

Plaintiff - Appellant,

versus

LIEUTENANT WHITAKER, Former Internal Affairs
Officer; J. JESSUP, Sergeant, Internal Affairs
Officer; GEORGE M. HINKLE, Current Warden;
LARRY W. HUFFMAN, Regional Ombudsman,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Raymond A. Jackson, District Judge.
(CA-99-429-2)

---

Submitted: March 23, 2000      Decided: March 30, 2000

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jeffrey Alan Taylor, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeffrey Alan Taylor appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint without prejudice. Taylor's lawsuit arose from a prison disciplinary action. The district court dismissed the complaint because Taylor's claims are not cognizable under § 1983 until he demonstrates that the prison disciplinary sanction has been invalidated. See Edwards v. Balisok, 520 U.S. 641 (1997); Heck v. Humphrey, 512 U.S. 477 (1994). Because Taylor could cure this defect by amending his complaint, the court's dismissal without prejudice is not an appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2